UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------x
                                                            :

UNITED STATES OF AMERICA,        :        Criminal No. 3:13CR00195(JCH)
                                                            :

v.                                                           :
                                                           :

NICHOLAS DYBER                        :        December 6, 2013
                                                           :
------------------------------------------------------x

**MOTION TO MODIFY CONDITIONS OF RELEASE ON BOND**

       The defendant, Nicholas Dyber, hereby requests that the Court modify the conditions of his release on bond to permit him to return to his own apartment.

       On October 11, 2013, Nicholas Dyber was arraigned on an indictment bringing charges relating to distribution of opiate pain medications.  He was detained over the weekend, and a bond hearing was held on October 15, 2013.  At that time, Mr. Dyber was released on a $100,000 non-surety bond co-signed by his parents.  As a condition of his release, he was placed on electronic monitoring and required to live with his parents.

       Mr. Dyber has been living with his parents in their home as ordered, and has been in compliance with the terms of his release.  In November, his parents were out of town on vacation for over a week, and there were no issues with his compliance in their absence.  Mr. Dyber has an apartment of his own, and he now seeks leave to return to that apartment.  He is able to activate a dedicated phone line at the apartment so that the electronic monitoring system can be transferred and he can otherwise remain subject to the same conditions of release.

       United States Probation Officer Nicole Owens is aware that this request is being made, and indicates that she will need to conduct a home visit at the apartment to confirm that it is a

suitable residence before offering her position on the request.  Counsel for the government, Assistant United States Attorney Patrick Caruso, objects to this request.

        THE DEFENDANT,
        NICHOLAS DYBER

        OFFICE OF THE FEDERAL DEFENDER

Dated: December 6, 2013          /s/ Sarah A. L. Merriam
        Sarah A. L. Merriam
        Assistant Federal Defender
        265 Church Street, Suite 702
        New Haven, CT   06510
        Phone: 203-498-4200
        Fax: 203-498-4207
        Bar No.: ct25379
        Email: sarah_merriam@fd.org

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on December 6, 2013, a copy of the foregoing motion was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

        /s/ Sarah A. L. Merriam
        Sarah A. L. Merriam