UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------------------------x
                                                 :
UNITED STATES OF AMERICA,        :   Criminal No. 3:13CR00195(JCH)
                                                 :
v.                                               :
                                                 :
NICHOLAS DYBER                   :   June 20, 2014
                                                 :
-------------------------------------------------x
```

## MOTION TO POSTPONE SENTENCING

On February 20, 2014, the defendant, Nicholas Dyber, entered a plea of guilty to one count of an Indictment charging him with violations of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 846. Sentencing is currently scheduled for August 21, 2014.

Mr. Dyber faces a potentially lengthy sentence of imprisonment, and there are a number of significant issues to be addressed at sentencing. The parties require additional time to prepare for sentencing in this matter, and in particular, the defendant requires additional time to collect information that may be useful in the sentencing process. The defendant therefore requests a continuance of 30 days of the sentencing hearing in this case.

Mr. Dyber is working full-time and receiving treatment for substance abuse, and remains at liberty on a non-surety bond.

Counsel for the government, Assistant United States Attorney Patrick Caruso, does not object to this continuance.

Respectfully submitted,

The Defendant,
Nicholas Dyber

Office of the Federal Defender

Dated: June 20, 2014    /s/ Sarah A. L. Merriam
Sarah A. L. Merriam
Assistant Federal Defender
265 Church Street, Suite 702
New Haven, CT   06510
Bar No. ct25379
Phone: 203-498-4200
Fax: 203-498-4207
Email: sarah_merriam@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 20, 2014, a copy of the foregoing motion was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

 /s/ Sarah A. L. Merriam
Sarah A. L. Merriam